No. 73–345. CASEY, AKA WARD *v.* UNITED STATES. C. A. 5th Cir. Motion to defer consideration and petition for writ of certiorari denied.

No. 73–394. MORGAN *v.* AUTOMOBILE MANUFACTURERS ASSN., INC., ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE WHITE would grant certiorari. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 73–402. ROSE ANN COATES TRUST ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 73–427. BERNI ET AL. *v.* LEONARD, EXECUTIVE DIRECTRIX, NASSAU COUNTY CIVIL SERVICE COMMISSION, ET AL. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN would grant certiorari.